No. 93–8768. FUQUA v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 93–8769. JACKSON v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 93–8771. EDWARDS v. HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–8783. EVANS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 93–8793. MURPHY v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. Ct. App. Ore. Certiorari denied.

No. 93–8795. LYON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–8796. PRICE v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 93–8799. STRINGER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 93–8800. GOFF v. BURTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–8801. HOZDISH v. TYRA ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–8803. RUFFIN v. MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–8805. MORRIS v. PERLOS. C. A. 6th Cir. Certiorari denied.

No. 93–8810. DEA v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8813. JOHNSON ET UX. v. STATE FARM GENERAL INSURANCE CO. C. A. 5th Cir. Certiorari denied.